IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| KATHLEEN SAMSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:13cv0466 |
| | ) | JURY DEMAND |
| PARALLON ENTERPRISES, LLC, | ) | Judge John T. Nixon |
| | ) | Magistrate Judge Griffin |
| Defendant. | ) | |

## AGREED ORDER OF DISMISSAL

Upon agreement of the parties, as evidenced by the stipulations below, it is this day **ORDERED, ADJUDGED** and **DECREED** that all of Plaintiff's claims in this lawsuit are hereby dismissed *with prejudice*. Each party shall bear its own costs and expenses.

This the 27 day of July, 2014.

_____
JOHN T. NIXON
United States District Judge

1